IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ZACHERY WILSON,                    :
         Plaintiff,               :
                                   :
                                   :
vs.                                :          CIVIL ACTION 14-337-CB-M
                                   :
EMILY WHITTLE, *et al.*,           :
         Defendants.              :
                                   :

ORDER

After due and proper consideration of the issues
raised, and there having been no objections filed, the
Recommendation of the Magistrate Judge made under 28 U.S.C.
§ 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff Zachery Wilson's claims
for Eighth Amendment conditions of confinement against
Defendant Whittle, and his claims for supervisory liability
and due process violations as alleged against Defendants
Meyers, Howard and Fails be and are hereby DISMISSED
without prejudice as frivolous pursuant to 28 U.S.C. §
1915(e)(2)(B)(i).  The remaining of Plaintiff's claims for
excessive force and medical care claims shall be allowed to
proceed with service.

DONE this 13th day of November, 2014.

                    s/Charles R. Butler, Jr.
                    Senior United States District Judge