IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ZACHERY WILSON, | : | |
|     Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 14-337-CB-M |
| | : | |
| EMILY WHITTLE, *et al.*, | : | |
|     Defendants. | : | |

<u>ORDER</u>

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendants Whittle, Franklin and Ezell are entitled to summary judgment in their favor on all claims asserted against them by Plaintiff, and that this action against these Defendants be dismissed with prejudice.

DONE this 18th day of May, 2015.

<u>s/*Charles R. Butler, Jr.*</u>
Senior United States District Judge